```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

COLONY INSURANCE COMPANY,

    Plaintiff,

v.                                    Case No. 8:20-cv-2775-VMC-AAS

MAGNEGAS WELDING
SUPPLY-SOUTHEAST, LLC, et al.,

    Defendants.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Amanda Arnold Sansone's Amended Report and Recommendation (Doc. # 55), filed on August 20, 2021, recommending that Plaintiff's Motion for Taxation of Costs (Doc. # 48) be granted in part and denied in part.

As of the date of this Order, no objections have been filed and the time for filing objections has lapsed. The Court accepts and adopts the Amended Report and Recommendation and grants in part and denies in part the Motion for Taxation of Costs.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and

1

recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the Magistrate Judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Amended Report and Recommendation (Doc. # 55) is **ACCEPTED** and **ADOPTED.**

(2) Plaintiff's Motion for Taxation of Costs (Doc. # 48) is **GRANTED** in part and **DENIED** in part. Plaintiff is awarded $520.00 in costs against Defendants MagneGas Welding Supply-Southeast, LLC f/k/a Equipment Sales & Service,

Inc. and Taronis Fuels, Inc., joint and severally. The Clerk is directed to enter a judgment of costs accordingly.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>7th</u> day of September, 2021.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE